**Dismissal and Memorandum Opinion filed July 7, 2026**



In The

# Fifteenth Court of Appeals

---

### NO. 15-26-00011-CV

---

**BERTHA MAYES, Appellant**

**V.**

**ASHLEY JOHNSON AND RENARD BROWN, JR., Appellees**

---

**On Appeal from the 191st District Court
Dallas County, Texas
Trial Court Cause No. DC-23-17378**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed September 25, 2025. The clerk's record was filed January 20, 2026. The reporter's record was filed January 23, 2026. No brief was filed.

On May 26, 2026, we issued a notice stating that unless appellant filed a brief on or before June 5, 2026, the appeal was subject to dismissal without further

notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.